IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JUAN ENRIQUE GONZALEZ,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0941

Opinion filed June 21, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Juan Enrique Gonzalez, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, David Llanes and Donna A. Gerace, Assistant Attorneys General, Tallahassee, for Respondent.

PER CURIAM.

      The petition seeking a belated appeal of the order denying defendant's motion for postconviction relief, rendered on November 3, 2014, in Gadsden County Circuit Court case number 2008-468CFA, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.